UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER BRUCE MOOREHART** | **CIVIL DOCKET NO. 6:23-CV-01735** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 6] be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 29th day of January 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE